# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153348(79)

MANITOU NORTH AMERICA, INC.,
      Plaintiff/Counterdefendant-
      Appellant/Cross-Appellee,

v

McCORMICK INTERNATIONAL, LLC,
      Defendant/Counterplaintiff-
      Appellee/Cross-Appellant.
_____/

SC: 153348
COA: 324063
Ionia CC: 2007-025692-CZ

      On order of the Chief Justice, the joint motion of the Michigan Manufacturers Association and the Association of Equipment Manufacturers to file a brief amicus curiae in support of the application for leave to appeal and the motion for reconsideration is GRANTED. The amicus brief submitted on September 22, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2016



Clerk